MEMORANDUM OPINION




No. 04-04-00174-CV



IN RE AMCOR FINANCIAL CORPORATION



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Justice

 Karen Angelini, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: March 31, 2004


PETITION FOR WRIT OF MANDAMUS DENIED

 On March 12, 2004, relator filed a petition for writ of mandamus. The court has considered
relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly,
relator's petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a). 

 PER CURIAM
1. This proceeding arises out of Cause No. 01-01-0030-CVW, styled Robert Johnston, Don Atkins, Beth Atkins,
Paul Poole, and Debbie Poole v. USA Biomass Corporation et al., pending in the 218th Judicial District Court, Wilson
County, Texas, the Honorable Michael Peden presiding.